IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02419-WDM-OES

GARY CORDOVA,

Plaintiff(s),

vs.

ACEPEX MANAGEMENT,

Defendant(s).

---

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  September 23, 2005

Plaintiff has filed a motion in which he asks for additional time within which to respond to defendant's motion for summary judgment.  Defendant objects to the motion, and lists various reasons as to why plaintiff's motion falls short in providing good cause for the extension.

I agree with the objections stated by defendant.  However, defendant does not provide any evidence that it will be prejudiced by the extension of 30 days that plaintiff is seeking.

## CONCLUSION

It is therefore ORDERED that plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment and to Dismiss [Doc. 18-1, filed September 15, 2005] is GRANTED.

Dated at Denver, Colorado, this day of: September 23, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
United States Magistrate Judge