IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02419-WDM-OES

GARY CORDOVA,

Plaintiff(s),

vs.

ACEPEX MANAGEMENT,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 21, 2005

     Defendant's Unopposed Motion to Continue Settlement Conference [filed November 18, 2005, Document 34] is GRANTED.  The settlement conference of December 5, 2005, is VACATED.  Defendant's Unopposed Motion to Participate in Settlement Conference By Telephone [filed November 18, 2005, Document 33] is deemed MOOT.